# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE SANCHEZ-GARCIA,<br><br>Defendant | Case No.: 25-CR-04615-JLS<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

SO ORDERED.

Dated: January 5, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge